■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON T. GRANGER, Appellant. [823 NYS2d 705]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]).

(Appeal from Judgment of Monroe County Court, Charles T. Maloy, J.—Attempted Robbery, 1st Degree). Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.